```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                MAR 29 2010

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 10-696 MS |
| v. | |
| Ariel Mendoza Samson | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _March 31_, _____, at _1:00_ ☐a.m. / ☒p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _3/29/10_         _[signature]_
                         U.S. District Judge/Magistrate Judge